**City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Mary Quane, Defendant-Appellant.**

**Gen. No. 51,029. (Abstract of Decision.)**

First District, Second Division.

July 9, 1968.

Adamowski, Newey & Riley, of Chicago (Francis X. Riley, of counsel), for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Marvin E. Aspen and Ronald S. Cope, Assistant Corporation Counsel, of counsel), for appellee. Opinion by JUSTICE McNAMARA. **Not to be published in full.**